IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND, NORTHERN DIVISION

TRICE, GEARY & MYERS, LLC,  *
et al.,
                                            *

    Plaintiffs,           *

        v.                 *    CIVIL NO.: WDQ-09-2754

CAMICO MUTUAL INSURANCE    *
COMPANY,
                                            *

    Defendant.
                                            *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

ORDER

For the reasons discussed in the Fourth Circuit's Opinion, ECF No. 35, it is, this 1st day of February, 2012, ORDERED that:

1. The Plaintiffs' motion for partial summary judgment (ECF No. 14), BE, and HEREBY IS, GRANTED;

2. CAMICO's motion for summary judgment (ECF No. 18), BE, and HEREBY IS, DENIED; and

3. The Clerk of the Court shall send copies of this Memorandum Opinion and Order to counsel for the parties.

                                                           /s/ William D. Quarles, Jr.
                                                           William D. Quarles, Jr.
                                                           United States District Judge